UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x Civil Action No.: CV-05-5655 (DLI)

UNITED STATES OF AMERICA,  §
　　　　　　　　　　　　　　§
　　　　　　　　Plaintiff,　§
　　- against-　　　　　　　§
　　　　　　　　　　　　　　§
PETRUA T. VANDUNK,　　　　　§
　　　　　　　　　　　　　　§
　　　　　　　　Defendant.　§
----------------------------------------------------------x

## DEFAULT JUDGMENT

Because Petrua T. Vandunk failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Petrua T. Vandunk:

**Claim No. C-102240W**

| | |
|---|---|
| Principal Balance: | $1,391.44 |
| Total Interest Accrued at 8.000%: | $1,818.82 |
| Filing and Service of Process: | $250.00 |
| Subtotal: | $3,460.26 |
| Attorney's Fees: | $692.05 |
| Total Owed: | $4,152.31 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
April 19, 2006

　　　　　　　　　　　　　　　Dora L. Irizarry
　　　　　　　　　　　　　　　United States District Judge